**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__District__    District of __Delaware__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Louisiana Medical Center and Heart Hospital, LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Louisiana Heart Hospital, LLC | |
| 3. Debtor's federal Employer Identification Number (EIN) | 5 6 - 2 2 2 7 2 9 8 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 64030 Hwy 434 | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Lacombe, LA 70445 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| St. Tammany Parish | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**    www.louisianaheart.com

6. **Type of debtor**    
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Louisiana Medical Center and Heart Hospital, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6 2 2 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
    - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - [ ] A plan is being filed with this petition.
    - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No
- [ ] Yes. District _____ When __/__/____ Case number _____
  District _____ When __/__/____ Case number _____

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes. Debtor LMCHH PCP, LLC   Relationship Subsidiary
  District Delaware   When 01 / 30 / 2017
  Case number, if known _____

List all cases. If more than 1, attach a separate list.

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

| | | |
|---|---|---|
| Debtor | <u>Louisiana Medical Center and Heart Hospital, LLC</u><br>Name | Case number (if known)_____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number      Street

_____

_____  _____  _____
City                                        State   ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy               page 3

Debtor    Louisiana Medical Center and Heart Hospital, LLC       Case number (if known) _____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 / 30 / 2017
              MM / DD / YYYY

X _____        Neil F. Luria
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X _____        Date   01 / 30 / 2017
Signature of attorney for debtor                MM / DD / YYYY

Joel A. Waite
Printed name
Young Conaway Stargatt & Taylor LLP
Firm name
Rodney Square, 1000 North King Street
Number   Street
Wilmington                              DE          19801
City                                    State       ZIP Code

(302) 571-6600                          jwaite@ycst.com
Contact phone                           Email address

2925                                    Delaware
Bar number                              State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LMCHH PCP LCC, *et al.*,[1] | ) | Case No. 17-_____ |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Louisiana Medical Center and Heart Hospital, LLC, a North Carolina limited liability company ("**LHH**"), debtor and debtor in possession in the above-captioned case, hereby submits the list of equity security holders of LHH. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and (3).

| Name | Address | Ownership |
|---|---|---|
| CCG of Louisiana | c/o Cardiovascular Care Group 3322 West End Ave., 11th Floor Nashville, TN 32703 | 96.2570627% |
| Ali M. Amkieh | 64030 Hwy 434 Lacombe, LA 70445 | 0.4237287% |
| Sergio Barrios | 64030 Hwy 434 Lacombe, LA 70445 | 0.0706215% |
| Vasanth K. Bethala | 202 Dutton Court Slidell, LA 70461 | 0.2723971% |
| Susan J. Bryant-Snure | 64030 Hwy 434 Lacombe, LA 70445 | 0.0504439% |
| Cardiology Associates of Slidell, LLC | 1051 Gause Blvd, Suite 320 Slidell, LA 70458 | 0.1210654% |
| CVA Enterprises, LLC | 5005 Sharp Road Mandeville, LA 70471 | 0.2219532% |
| Donald Dietze, Jr. | 64030 Hwy 434 Lacombe, LA 70445 | 0.0403551% |
| Victor Echenique | 154 Rue Piper Slidell, LA 70461 | 0.0605327% |
| Lloyd Gueringer | 64030 Hwy 434 Lacombe, LA 70445 | 0.0201775% |

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for both of the Debtors is 64030 Highway 434, Lacombe, LA 70445.

| | | |
|---|---|---|
| Cardiothoracic Surgery, PA | 34315 Bierhorst Road Slidell, LA 70460 | 0.0403551% |
| Cardia Surgery Ventures, LLC | 34315 Bierhorst Road Slidell, LA 70460 | 0.1210654% |
| David B. Kaplan | 64030 Hwy 434 Lacombe, LA 70445 | 0.1513317% |
| John B. Logan | 64030 Hwy 434 Lacombe, LA 70445 | 0.3732848% |
| James J. McKinnie | 4709 Richland Avenue Metairie, LA 70002 | 0.1210654% |
| Rachel Murphy | 215 Tchefunte Drive Covington, LA 70433 | 0.0706215% |
| Janine Parker | 88 Catalpa Trace Covington, LA 70433 | 0.0201776% |
| Umesh A. Patel | 64030 Hwy 434 Lacombe, LA 70445 | 0.4237287% |
| Ratnakar Pemenkil | 2155 Hampshire Drive Slidell, LA 70461 | 0.0605327% |
| David Powers | 78085 Hwy 1082 Covington, LA 70433 | 0.0504439% |
| Louis Provenza | P.O. BOX 276 Lacombe, LA 70445 | 0.2017756% |
| Surendra Purohit | 11 Whippoorwill Drive Covington, LA 70433 | 0.0201775% |
| Slidell Heart, LLC | 7161 Edgewater Drive Mandeville, LA 70471 | 0.1210654% |
| Hossein Tabari | 1616 S. Columbia Street Bogalusa, LA 70427 | 0.0201775% |
| Richard Texada | 64030 Hwy 434 Lacombe, LA 70445 | 0.10088778% |
| The Estate of Bradley Banks | 71095 Whiskey Oaks Lane Covington, LA 70433 | 0.4237287% |
| Thomas Ignatius | 200 Dutton Court Slidell, LA 70461 | 0.1210654% |
| Kenneth Quick | 233 St. Ann Dr. #4 Mandeville, LA 70471 | 0.0201775% |

## DECLARATION CONCERNING THE DEBTORS' LIST OF EQUITY SECURITY HOLDERS

I, Neil F. Luria, CRO of LMCHH PCP LLC and Louisiana Medical Center and Heart Hospital, LLC, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: January 30, 2017

_____
Neil F. Luria, CRO

LMCHH PCP LLC
-and-
Louisiana Medical Center and Heart Hospital, LLC

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
# LOUISIANA MEDICAL CENTER AND HEART HOSPITAL, LLC
# AUTHORIZING CHAPTER 11 FILINGS

### January 19, 2017

The Board of Directors of Louisiana Medical Center and Heart Hospital, LLC, a North Carolina limited liability company ("**LHH**"), conducted a meeting on January 19, 2017, at which a quorum, as defined by LHH's Operating Agreement,[1] of the members of the Board of Directors was present, at which the Board resolved as follows:

WHEREAS, the Board of Directors has determined that LHH does not have sufficient funds to pay its debts and does not have the ability to refinance such debts or obtain additional operating capital, and it has been proposed that LHH file a petition seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). It is hereby

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of LHH, its creditors, and other interested parties, that LHH file a petition seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that Neil Luria of SOLIC Capital Advisors, LLC, as the individual duly appointed by the Board of Directors as Chief Restructuring Officer ("**CRO**") vested with the exclusive possession, custody, and control as Manager of LHH, is authorized to file a bankruptcy case for LHH and for its affiliate company, LMCHH PCP, LLC ("**LMCHH PCP**"), with authority to make all decisions and take all actions in connection therewith including, without limitation, selling the assets of LHH or LMCHH PCP, winding down the operations of LHH or LMCHH PCP, rejecting contracts, obtaining debtor in possession financing, retaining a claims agent, counsel, and other financial advisors and assistance, and taking such other and further actions are may be necessary or appropriate with respect thereto; and it is

FURTHER RESOLVED, that the CRO, and such other officers as the Board of Directors shall from time to time designate, with the assistance of retained professionals as appropriate and necessary, be, and they hereby are, authorized and empowered (i) to seek and pursue the financing needs of LHH, including debtor-in-possession financing and exit financing in connection with any bankruptcy filing and (ii) to seek alternate financing, including debtor-in-possession financing and exit financing in connection with any bankruptcy filing, from any other source; and

FURTHER RESOLVED, that the law firms of Alston & Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3424; and Young, Conaway

---

[1] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Amended and Restated Operating Agreement of the Company dated November 21, 2014 (the "**Operating Agreement**"), as amended.

Stargatt & Taylor LLP, The Brandywine Building, 1000 West Street, 17 Floor, Wilmington, Delaware 19801, are authorized to be employed as counsel for LHH, and all related debtors, for the purposes of its Chapter 11 case and otherwise; and it is

FURTHER RESOLVED, that Neil Luria, as CRO, is authorized and empowered to execute and file all petitions, schedules, lists, and other papers and to take any and all action that he may deem necessary or proper to commence and administer the Chapter 11 case, and in that connection to retain and employ all assistance by attorneys, investment bankers, accountants and other professionals that he may deem necessary or proper with a view to the successful administration of the Chapter 11 case; and it is

FURTHER RESOLVED, that Neil Luria be, and hereby is, authorized, empowered and directed to take all other actions and do all other things additional to the execution and delivery of documents as he, in his discretion, may deem necessary or desirable and in the best interests of LHH in connection with the foregoing resolutions, this taking of any such action or his doing of any such thing for and on behalf and in the name of LHH to be conclusive evidence that he did so deem the same to be necessary or desirable and in the best interests of LHH.

IN WITNESS WHEREOF, the undersigned has caused this Certificate to be executed by the manual or facsimile signature of the members of its Board of Directors and its corporate seal to be impressed or printed heron and attested to by the manual signature of its Secretary.

Certified by:

_____
Name: Rob Stillwell

# RESOLUTION OF THE BOARD OF DIRECTORS OF
# LOUISIANA MEDICAL CENTER AND HEART HOSPITAL, LLC
# APPOINTING A CHIEF RESTRUCTURING OFFICER

## January 19, 2017

The Board of Directors of Louisiana Medical Center and Heart Hospital, LLC, a North Carolina limited liability company ("**LHH**"), conducted a meeting on January 19, 2017, at which a quorum, as defined by LHH's Operating Agreement,[1] of the members of the Board of Directors was present, at which the Board resolved as follows:

WHEREAS, the Board of Directors, having considered the current assets, liabilities, and overall financial condition and performance of LHH, and having determined that LHH cannot fund continued operations without reliance on third party financing, and having further determined that such third party financing is unavailable;

WHEREAS, the Board of Directors believe it is in the best interest of LHH to appoint a Chief Restructuring Officer ("**CRO**") to be vested with exclusive possession, custody, and control as Manager of LHH without requiring further approval from the Board of Directors in order to oversee the continued operations of LHH and make financial and operational decisions on its behalf including, but not limited to, implementing the authorization of the Board of Directors to file a bankruptcy case for LHH and for its affiliate company, LMCHH PCP, LLC ("**LMCHH PCP**") and making all decisions and taking all actions in connection therewith including, without limitation, selling the assets of LHH or LMCHH PCP, winding down the operations of LHH or LMCHH PCP, rejecting contracts, obtaining debtor in possession financing, retaining counsel and other financial advisors and assistance, and taking such other and further actions are may be necessary or appropriate with respect thereto;

WHEREAS, the Board of Directors agree that the appointment of the CRO is in the best interest of LHH and LMCHH PCP and their respective Members. It is hereby

RESOLVED, that the Board of Directors hereby approves of the appointment of a CRO vested with all authority of the Board of Directors and Manager under the Operating Agreement, including implementing the authorization of the Board of Directors to file a bankruptcy case for LHH and for its affiliate company, LMCHH PCP, and making all decisions and taking all actions in connection therewith including, without limitation, the ability to reject contracts, obtain debtor in possession financing, retain counsel and other financial advisors and assistance, sell, restructure, or liquidate LHH or LMCHH PCP; and it is

FURTHER RESOLVED, that the Board of Directors grants the CRO exclusive possession, custody, and control as Manager of LHH, without requiring further approval from the Board of Directors, in order to act on LHH's behalf, with such appointment and transfer of authority to be

---

[1] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Amended and Restated Operating Agreement of the Company dated November 2014, as amended (the "**Operating Agreement**").

effective as of 8:00 a.m. on Monday, January 23, 2017, subject to the condition of acceptance by the CRO of such authority, duties, and responsibilities; and it is

FURTHER RESOLVED, that the Board of Directors, having considered candidates for CRO, hereby approves of the appointment of Neil Luria of SOLIC Capital Advisors, LLC as CRO, and such other officers as the Board of Directors shall from time to time designate, with the assistance of retained professionals as appropriate and necessary, be, and they hereby are, authorized and empowered (i) to seek and pursue the financing needs of LHH, including debtor-in-possession financing and exit financing in connection with any bankruptcy filing and (ii) to seek alternate financing, including debtor-in-possession financing and exit financing in connection with any bankruptcy filing, from any other source; and it is

FURTHER RESOLVED, that all acts and deeds previously performed by the Manager or the Board of Directors in connection with the purposes of these resolutions, are hereby ratified, approved and confirmed in all respects as actions of LHH; and it is

FURTHER RESOLVED, that the Board of Directors hereby direct that these resolutions be included in the records of LHH, where such document shall be permanently maintained.

IN WITNESS THEREOF, the undersigned execute this instrument as of the 19th day of January, 2017.

Certified by:

_____
Name:  Rob Stilwell
Title:   Board Member and Secretary

2

| Fill in this information to identify the case: |
| --- |
| Debtor name  LMCHH PCP LLC; Louisiana Medical Center and Heart Hospital, LLC |
| United States Bankruptcy Court for the: District of Delaware |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders [Consolidated]   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MCKESSON TECHNOLOGIES INC. P.O. Box 98347 Chicago, IL 60693 | Kelly Buda kelly.buda@mckesson.com Fax: 404-338-5123 | ACCOUNTS PAYABLE | | | | 614,360.18 |
| 2 | CONIFER HEALTH SOLUTIONS, LLC 1500 S. Douglass Rd Anaheim, CA 92806 | James Enna 1-615-346-4949 | ACCOUNTS PAYABLE | | | | 525,829.72 |
| 3 | MEDTRONIC USA, INC. (VASCULAR) P.O Box 409201 Atlanta, GA 30384 | Julie Trombley 1-888-283-7868 julie.trombley@medtronic.com Fax: 763-367-1404 | ACCOUNTS PAYABLE | | | | 465,523.46 |
| 4 | FIRST FINANCIAL CORP. LEASING, LLC Dept #2067 P.O. Box 87618 Chicago, IL 60680 | Anora Guilleaume aguilleaume@ffcsi.com | ACCOUNTS PAYABLE | | | | 412,894.76 |
| 5 | MEDTRONIC SOFAMOR DANEK USA P.O Box 409201 Atlanta, GA 30384 | Julie Trombley 1-800-328-2518 julie.trombley@medtronic.com Fax: 763-367-1404 | ACCOUNTS PAYABLE | | | | 321,806.09 |
| 6 | BOSTON SCIENTIFIC (OPTIFREIGHT CLIENT) P.O. Box 951653 Dallas, TX 75395 | Chris Williams 1-888-272-9442 chris.williams@bsci.com Fax: 508-382-9801 | ACCOUNTS PAYABLE | | | | 195,792.28 |
| 7 | OWENS AND MINOR P.O. Box 841420 Dallas, TX 75284 | Michelle Clark michelle.clark@owens-minor.com Fax: 610-366-7385 | ACCOUNTS PAYABLE | | | | 176,170.69 |
| 8 | STRYKER ORTHOBIOLOGICS(HOWMEDICA) P,O, Box 93213 Chicago, IL 60673 | Dawn Catena dawn.catena@stryker.com Fax: 201-831-3077 | ACCOUNTS PAYABLE | | | | 167,554.36 |

Debtor: LMCHH PCP LLC; Louisiana Medical Center and Heart Hospital, LLC

Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | ABIOMED, INC<br>P.O. Box 6214<br>Boston, MA 02212 | David Conlon<br>978-777-5410<br>dconlon@abiomed.com<br>Fax: 978-762-3590 | ACCOUNTS PAYABLE | | | | 165,055.00 |
| 10 | GIFTED NURSES, LLC<br>P.O. Box 202056<br>Dallas, TX 75320 | Gregory Weaver Jr.<br>1-540-832-8985<br>gweaver@giftednurses.com<br>Fax: 504-831-2820 | ACCOUNTS PAYABLE | | | | 153,152.75 |
| 11 | BIOTRONIK, INC.<br>P.O. Box 205421<br>Dallas, TX 75320 | Angela Stanfield<br>1-503-451-8167<br>angela.stanfield@biotronik.com<br>Fax: 503-451-8511 | ACCOUNTS PAYABLE | | | | 150,244.57 |
| 12 | ABBOTT VASCULAR<br>75 Remittance Drive<br>Suite 1138<br>Chicago, IL 60675 | Paul Saurac<br>saurav.paul1@abbott.com<br>Fax: 855-326-0672 | ACCOUNTS PAYABLE | | | | 133,513.36 |
| 13 | K2M INC<br>Dept AT 952184<br>Atlanta, GA 31192 | Renee Mirchandani<br>rmirchandani@k2m.com | ACCOUNTS PAYABLE | | | | 125,209.94 |
| 14 | ST. JUDE MEDICAL-PACESETTER CARDIAC RY<br>22400 NETWORK PLACE<br>CHICAGO, IL 60673-1224 | Doris Lamoreaux<br>1 818-493-4157<br>dlamoreaux@sjm.com | ACCOUNTS PAYABLE | | | | 122,357.17 |
| 15 | MEDTRONIC USA - CARDIAC PERFUSION<br>P.O Box 409201<br>Atlanta, GA 30384 | Julie Trombley<br>julie.trombley@medtronic.com<br>Fax: 763-367-1404 | ACCOUNTS PAYABLE | | | | 120,835.73 |
| 16 | MICROPORT ORTHOPEDICS INC<br>5677 Airline Road<br>Arlington, TN 38002 | toni Moore<br>toni.moore@ortho.microport.com<br>Fax: 901-867-8438 | ACCOUNTS PAYABLE | | | | 113,782.55 |
| 17 | STERIS CORPORATION<br>P.O. Box 676548<br>Dallas, TX 75267 | Stephanie Signorino<br>stephanie_signorino@steris.com<br>Fax: 440-392-8945 | ACCOUNTS PAYABLE | | | | 110,425.18 |
| 18 | INSIGHT<br>P.O. Box 731069<br>Dallas, TX 75373 | Scott Mckee<br>scott.mckee@insight.com | ACCOUNTS PAYABLE | | | | 107,962.41 |
| 19 | CENTINEL SPINE INC<br>505 Park Ave<br>14th Floor<br>New York, NY 10022 | Alberto Espinoza<br>a.espinoza@centinelspine.com<br>Fax: 212-826-9509 | ACCOUNTS PAYABLE | | | | 102,012.24 |
| 20 | PHILIPS HEALTHCARE<br>P.O. Box 100355<br>Atlanta, GA 30384 | Joshua Borgman<br>joshua.borgman@philips.com | ACCOUNTS PAYABLE | | | | 99,226.61 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

**DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS**

I, Neil F. Luria, CRO of LMCHH PCP LLC and Louisiana Medical Center and Heart Hospital, LLC, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims Against the Debtors and that the information contained therein is true and correct to the best of my information and belief.

Dated: January 30, 2017

Neil F. Luria, CRO

LMCHH PCP LLC

-and-

Louisiana Medical Center and Heart Hospital, LLC