**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LMCHH PCP LLC, *et al.*,[1] | ) | Case No. 17-10201 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 8 and 46** |

## NOTICE OF FILING OF STIPULATION

**PLEASE TAKE NOTICE** that on January 31, 2017, LMCHH PCP LLC, a Delaware limited liability company (the "**Physicians Group**"), and Louisiana Medical Center and Heart Hospital, LLC, a North Carolina limited liability company ("**LHH**" and collectively with the Physicians Group, the "**Debtors**") filed their *Motion for Orders (I) Authorizing Debtors to Use Cash Collateral, (II) Authorizing Debtor to (A) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 364(c)(1), 364(c)(2), 364(c)(3) and 364(e) and (B) Apply Cash Collateral to Prepetition Secured Claim of DIP Lender Pursuant to 11 U.S.C. § 363(b)(1) and 363(c)(2)(A) and (III) Scheduling Final Hearing* [D.I. 8] (the "**Cash Collateral/DIP Motion**").

**PLEASE TAKE FURTHER NOTICE** that on February 3, 2017, the Court entered its Interim Order approving the Cash Collateral/DIP Motion on an interim basis [D.I. 46].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a copy of the *Stipulation on the Terms for Providing Adequate Protection in the Final Order (A)*

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) LMCHH PCP LLC (8569); and (ii) Louisiana Medical Center and Heart Hospital, LLC (7298). The mailing address for the Debtors is 64030 Highway 434, Lacombe, LA 70445.

*Authorizing Debtors' Use of Cash Collateral, (B) Granting Adequate Protection, and (C) Granting Other Related Relief*, which includes the agreement of the Debtors and MidCap Funding IV Trust (formerly known as MidCap Funding IV, LLC), the successor-by-assignment to MidCap Funding Trust (formerly known as MidCap Financial, LLC) ("**MidCap**"), with respect to the provision of adequate protection to MidCap to be contained in the Final Order approving the Cash Collateral/DIP Motion, that is the subject of a hearing scheduled for February 21, 2017.

DATED: February 14, 2017

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

**ALSTON & BIRD LLP**
Grant T. Stein
David A. Wender
Sage M. Sigler
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Proposed Attorneys for the Debtors*